**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 19-CV-02139-RM-KMT

UNITED PRESBYTERIAN CHURCH CANON CITY,

    Plaintiff,

v.

BROTHERHOOD MUTUAL INSURANCE COMPANY,

    Defendant.

---

## ORDER

---

This matter is before the Court on Defendant's "Unopposed Motion to Deposit Funds in Court Registry" (ECF No. 38), seeking to deposit funds payable pursuant to certain Appraisal Awards signed November 23, 2020. At the Court's direction, the motion was supplemented with additional information on March 4, 2021 (ECF No. 40). By its motion, Defendant seeks to have such funds held in the court registry until it receives information permitting payment pursuant to the insurance policy at issue or until any policy and payment issues are resolved by motion and court order. After considering the motion and supplement, and being otherwise fully advised, the Court finds good cause to grant the motion.

Accordingly, it is **ORDERED**:

(1) That the Defendant's "Unopposed Motion to Deposit Funds in Court Registry" (ECF No. 38), as supplemented, is GRANTED; and

(2) That, pursuant to D.C.COLO.LCivR 67.2, the Clerk is directed to accept from Defendant two checks, payable to the Clerk U.S. District Court, totaling $227,740.78,[1] arising from the Appraisal Awards and to deposit the same in the court registry.

DATED this 4th day of March, 2021.

BY THE COURT:

RAYMOND P. MOORE
United States District Judge

---

[1] One check in the amount of $225,520.97 and one check in the amount of $2,219.81.