IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 19-cv-02139-RM-KMT

UNITED PRESBYTERIAN CHURCH CANON CITY,

    Plaintiff,

v.

BROTHERHOOD MUTUAL INSURANCE COMPANY,

    Defendant.

**ORDER ON MOTION TO STOP PAYMENT**

This matter is before the Court on Plaintiff's Motion Requesting Stop Payment. (ECF No. 68.) Plaintiff requests that the Court stop payment on check number 4039 32224951, which was issued pursuant to this Court's Order (ECF No. 67), and to reissue a payment for the same amount and send it to a different address. Being advised, the Court ORDERS as follows:

(1) That the Motion Requesting Stop Payment (ECF No. 68) is GRANTED;

(2) That the Clerk of the Court shall stop payment on check number 4039 32224951; and

(3) That the Clerk of the Court shall issue a check drawn on the Court Registry in the amount of $30,003.77 made payable to "United Presbyterian Church Canon City dba the Village." The check shall be mailed to Plaintiff directly at United Presbyterian Church Canon City, P.O. Box 856, Canon City, Colorado 81212.

DATED this 12th day of September, 2022.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge